UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

MICHAEL SANTANA,

                Supervisee.

No. 15-cr-248 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The violation of supervised release sentencing scheduled for Wednesday, January 15, 2020 at 4:30 p.m. shall take place in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York, 10007.

SO ORDERED.

Dated:     January 10, 2020
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation